UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-23908-CIV-WILLIAMS

EDILBERTO GARCIA, et al.,

     Plaintiff,

vs.

US INTERMED., et al.,

     Defendants.

_____/

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES AND COSTS**

COME NOW, Defendants, by and through their undersigned counsel, and hereby file a Motion for Extension of Time to File their Response to Plaintiff's Verified Motion for Attorneys' Fees and Costs, and state in support as follows:

1.     This is a Fair Labor Standards Action.

2.     Defendants made an offer of judgment, which Plaintiff accepted.

3.     On February 7, 2014, Plaintiff filed a Verified Motion for Attorneys' Fees and Costs.

4.     The deadline to file a response to the Motion is February 24, 2014.

5.     Defendants had previously began drafting their Response to the Motion for Attorneys' Fees and Costs, their response is nearly completed.  Defendants intended to timely complete and file the Response on February 24, 2014.

6.     The draft response is centrally saved on a local server, as are all of undersigned's documents.

7.     On the morning of February 24, 2014, the building where undersigned's office is located had their power turned off, and then turned on again.

8.      Defendants' server appears to have been damaged by the power surge, and the undersigned can no longer access files from the server. Defendants have contacted their computer technician whom indicated that he would check the server on the afternoon of February 24, 2014.

9.      As of the time of filing of this motion (5:00 p.m.), Defendants' computer technician has not arrived to check on the server.

10.     Defendants request a brief extension through Friday, February 28, 2014, to allow for retrieval of documents from the server, and the filing of their response.

11.     The granting of this motion is filed in good faith and not intended to delay these proceedings. Moreover, granting of this motion will not require altering of any other deadlines, as there are no further proceedings beyond this motion.

## CERTIFICATE OF CONFERRAL

Defendants' have conferred with Plaintiff's counsel prior to the filing of this motion. Plaintiff's counsel has no objections to this motion.

WHEREFORE, Defendants pray that this Court grant their Motion for Extension in Which to File a Response to Plaintiff's Motion for Attorney's Fees and Costs, together with any and all relief as the Court deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Electronic Filing generated by CM/ECF to Daniel T. Feld, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, on this 24th day of February, 2014.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce De Leon Boulevard,
Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960