UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-23908-CIV-WILLIAMS

EDILBERTO GARCIA, et al.,
    Plaintiff,
vs.
US INTERMED., et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES AND COSTS

This cause came before the Court on Defendants' Motion for Extension of Time to File Response to Motion for Attorney's Fees and Costs.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall have until Friday, February 28, 2014, to file a Response to Plaintiff's Motion for Attorney's Fees and Costs.

DONE AND ORDERED in Chambers, Miami, Florida this _____ day of _____, 2014.

_____
KATHLEEN M. WILLIAMS
United States District Judge

Copies provided to:

Eddy O. Marban, Esq.
Daniel T. Feld, Esq.